United States District Court
Southern District of Texas

**ENTERED**

March 13, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORA URBINA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-100 |
| | § | |
| SPELLMAN HIGH-VOLTAGE | § | |
| ELECTRONCS CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Nora Urbina alleges employment discrimination and retaliation claims against her former employer, Spellman High-Voltage Corporation ("Spellman"), relying on federal law and Texas Labor Code § 21.051.

Through a motion for partial dismissal of Urbina's claims, Spellman seeks dismissal of the state-law claim as untimely filed. (Mot. to Dismiss, Doc. 10)  After receiving the briefing of the parties, a United States Magistrate Judge issued a Report and Recommendation (Doc. 23) recommending dismissal of the claim based on the Texas Labor Code. (R&R, Doc. 23)  No party objected to the Report and Recommendation, and the deadline to do so elapsed on February 5, 2026.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).  The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 23).  It is:

**ORDERED** that Defendant's Partial Motion to Dismiss (Doc. 10) is **GRANTED**; and

**ORDERED** that Plaintiff Nora Urbina's cause of action based on Texas Labor Code § 21.051 is **DISMISSED WITH PREJUDICE.**

1 / 2

Signed on March 13, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge